RECEIVED
DEC 20 2007

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60720

United States Court of Appeals
Fifth Circuit
**F I L E D**
December 12, 2007

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

        Plaintiff - Appellee

        v.

ADRIAN LEMANS BROWN

        Defendant - Appellant

2:06 CR088

---

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 12, 2007, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: /s/ Peter Conners
                           Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
    Deputy   DEC 12 2007